# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)
# IN ADMIRALTY

| | |
|---|---|
| G.O. AMERICA SHIPPING COMPANY, INC., a corporation registered in the Republic of the Marshall Islands,<br><br>Plaintiff(s),<br><br>v.<br><br>CHINA COSCO SHIPPING CORPORATION LIMITED, a company registered in the People Republic of China,<br><br>COSCO SHIPPING LINES CO, Ltd. a subsidiary of CHINA COSCO SHIPPING CORPORATION LIMITED<br><br>CHINA SHIPPING INDUSTRY, (Shanghai Changxing) Co. Ltd., a subsidiary of CHINA COSCO SHIPPING CORPORATION LIMITED<br><br>and<br><br>COSCO SHIPPING HEAVY INDUSTRY CO., subsidiaries of CHINA COSCO SHIPPING CORPORATION LIMITED,<br><br>Defendant(s). | Case No. 2:17-cv-00912-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT SCRIVENER'S ERROR CONTAINED IN THE JUNE 26, 2017 COURT ORDER AUTHORIZING RULE B ATTACHMENT OF ASSETS AND THE WRIT OF ATTACHMENT AND GARNISHMENT PURSUANT TO RULE B |

**TO:** The United States District Court Clerk's Office; and

## **COURT ORDER**

THIS MATTER, having come on motion by the Plaintiff, G.O. America Shipping Company, Inc. for an order authorizing the correction of a scrivener's error contained on the June 26, 2017 Court Order
ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT SCRIVENER'S ERROR CONTAINED IN THE JUNE 26, 2017 COURT ORDER AUTHORIZING RULE B ATTACHMENT OF ASSETS AND THE WRIT OF ATTACHMENT AND GARNISHMENT PURSUANT TO RULE B
PAGE 1 OF 2



CHUNG, MALHAS & MANTEL, PLLC
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Phone: (206) 264-8999 ♦ Facsimile (206) 264-9098

(Dkt# 8) and the Court having reviewed all relevant motions and pleadings related to the motion hereby grants Plaintiff's motion and will re-issue an order with the correct spelling of the vessel COSCO Taicang.

DATED this 29th day of June, 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Present by:

CHUNG, MALHAS & MANTEL, PLLC

/s/ Edward C. Chung
Edward C. Chung, WSBA# 34292
Attorney for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT SCRIVENER'S ERROR CONTAINED IN THE JUNE 26, 2017 COURT ORDER AUTHORIZING RULE B ATTACHMENT OF ASSETS AND THE WRIT OF ATTACHMENT AND GARNISHMENT PURSUANT TO RULE B
PAGE 2 OF 2



CHUNG, MALHAS & MANTEL, PLLC
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Phone: (206) 264-8999 ♦ Facsimile (206) 264-9098