# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)
# IN ADMIRALTY

| | |
|---|---|
| G.O. AMERICA SHIPPING COMPANY, INC., a corporation registered in the Republic of the Marshall Islands,<br><br>Plaintiff(s),<br><br>v.<br><br>CHINA COSCO SHIPPING CORPORATION LIMITED, a company registered in the People Republic of China,<br><br>COSCO SHIPPING LINES CO, Ltd. a subsidiary of CHINA COSCO SHIPPING CORPORATION LIMITED<br><br>CHINA SHIPPING INDUSTRY, (Shanghai Changxing) Co. Ltd., a subsidiary of CHINA COSCO SHIPPING CORPORATION LIMITED<br><br>and<br><br>COSCO SHIPPING HEAVY INDUSTRY CO., subsidiaries of CHINA COSCO SHIPPING CORPORATION LIMITED,<br><br>Defendant(s). | Case No. 2:17-cv-00912-RSM<br><br>REVISED ORDER AUTHORIZING RULE B ATTACHMENT OF ASSETS |

**TO:** The United States District Court Clerk's Office; and
**TO:** China COSCO Shipping Corporation

THIS MATTER having come on by the motion of Plaintiff G.O. AMERICA SHIPPING COMPANY INC. for an order authorizing attachment of Defendants' assets located within this district, and having considered the Verified Complaint in this action and the pleadings and files herein, the Court finds that the

CHUNG, MALHAS & MANTEL, PLLC
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Phone: (206) 264-8999 ♦ Facsimile: (206) 264-9098

Plaintiff has a cause of action against the Defendants in the approximate amount alleged, and that the Defendants cannot be found within this district, except that they possess assets within this district and within the jurisdiction of this Court; therefore,

It is ORDERED that attachment of the following cargo vessels owned by COSCO Shipping Lines Co., Ltd.:

(1) COSCO Taicang that will arrive and dock at 4015 SR-509 North Frontage Road; Tacoma Washington[1] on or around June 29, 2017;

(2) COSCO Europe will arrive and dock at 4015 SR-509 North Frontage Road on or around July 4, 2017;

(3) COSCO Kaohsiung will arrive and dock at 4015 SR-509 North Frontage Road; Tacoma Washington on or around July 10, 2017; it is scheduled to depart July 11, 2017.

In addition to the above named vessels, Defendants are authorized to seize all cargo containers and funds owned by any of the above named Defendants up to the amount $11,073,420 (USD). This order shall remain in effect until further notice provided by this Court. Furthermore, all persons claiming any interest in the same will be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint.

DONE IN OPEN COURT this 29th day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although sailing schedule indicates Seattle, the Port of Seattle and the Port of Tacoma formed the Northwest Seaport Alliance in 2015. On information and belief the ships will be berthed at the Tacoma address at the dates delineated above.

REVISED ORDER AUTHORIZING RULE B ATTACHMENT OF ASSETS
PAGE 2 OF 3



CHUNG, MALHAS & MANTEL, PLLC
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Phone: (206) 264-8999 ♦ Facsimile (206) 264-9098

Presented by:

CHUNG, MALHAS & MANTEL, PLLC

*/s/ Edward C. Chung*
Edward C. Chung, WSBA# 34292
Attorney for Plaintiff

REVISED ORDER AUTHORIZING RULE B ATTACHMENT OF ASSETS
PAGE 3 OF 3