UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.O. AMERICA SHIPPING COMPANY, INC., a corporation registered in the Republic of the Marshall Islands, | Case No. C17-0912 RSM |
| Plaintiff, | ORDER GRANTING IN PART SPECIAL CLAIMANT'S MOTION FOR SECURITY FOR COSTS |
| v. | |
| CHINA COSCO SHIPPING CORPORATION LIMITED, a company registered in the People Republic of China, CHINA SHIPPING INDUSTRY, (Shanghai Changxing) Co. Ltd., and COSCO SHIPPING HEAVY INDUSTRY CO., subsidiaries of CHINA COSCO SHIPPING CORPORATION LIMITED, | |
| Defendants. | |

THIS MATTER comes before the Court on Specially-Appearing Claimant COSCO Atlantic Shipping Ltd.'s Amended Motion for Security for Costs. Dkt. #42. For the reasons stated on the record at the Court's motion hearing on July 10, 2017, the Court GRANTS IN PART Atlantic Shipping's Amended Motion for Security for Costs, but limits the security amount to $500.00.

ORDER - 1

Plaintiff is directed to deposit with the Court's registry security in the amount of $500.00 within seven (7) days of the date of this Order, to be held there until further Order of the Court, and provide the Court with confirmation that such funds have been deposited.

DATED this 10th day of July 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE