UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.O. AMERICA SHIPPING COMPANY, INC., a corporation registered in the Republic of the Marshall Islands,<br><br>                Plaintiff,<br><br>  v.<br><br>CHINA COSCO SHIPPING CORPORATION LIMITED, a company registered in the People Republic of China; COSCO SHIPPING LINES CO, Ltd. a subsidiary of CHINA COSCO SHIPPING CORPORATION LIMITED; CHINA SHIPPING INDUSTRY, (Shanghai Changxing) Co. Ltd., a subsidiary of CHINA COSCO SHIPPING CORPORATION LIMITED; and COSCO SHIPPING HEAVY INDUSTRY CO., subsidiaries of CHINA COSCO SHIPPING CORPORATION LIMITED,<br><br>                Defendants. | Case No. C17-0912 RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration. Dkt. #57. Plaintiff asks the Court to reconsider its prior Order vacating the Rule B attachment of the M/V Taicang on the basis that it has now filed a Second Amended Complaint naming the owner of the vessel. *Id.*

ORDER - 1

"Motions for reconsideration are disfavored." LCR 7(h). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). In this case, the Court is not persuaded that it should reconsider its prior Order. Plaintiff does not demonstrate manifest error in the prior ruling, nor does it present new facts or legal authority which could not have been brought to the Court's earlier attention with reasonable diligence. Indeed, much of the argument presented by Plaintiff was already presented to the Court during the Rule E(4)(f) hearing. As for the newly-amended Complaint, nothing prevents Plaintiff from making a new Rule B Attachment motion, based on the Second Amended Complaint, which the Court will then review under the applicable standards. Accordingly, Plaintiff's Motion for Reconsideration (Dkt. #57) is DENIED.

DATED this 3rd day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2