# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| G.O. AMERICA SHIPPING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHINA COSCO SHIPPING CORPORATION LIMITED, et al., <br><br> Defendants. | CASE NO. C17-912 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Reconsideration (Dkt. No. 83). Pursuant to Local Rule 7(h), the Court calls for responsive briefing from Defendants (not to exceed 12 pages in length), which shall be filed with the Court no later than **January 4, 2018**. No reply brief is authorized unless Plaintiff is so notified by the Court.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed December 21, 2017.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk