Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| G.O. AMERICA SHIPPING COMPANY, INC., | CASE NO. 2:17-cv-00912-MJP |
| Plaintiff, | |
| v. | ORDER |
| CHINA COSCO SHIPPING CORPORATION LIMITED, *et al.*, | |
| Defendant. | |

**COURT ORDER**

THIS MATTER per stipulation of parties through their respective counsel of record and in accordance with United States District Court Rule 67 (b) agree and hereby stipulate the clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $500 plus all accrued interest, minus any statutory users fees, payable to Chung, Malhas & Mantel, PLLC and mail or deliver the check to CHUNG, MALHAS & MANTEL, PLLC. The Court, being fully apprised of the issues and in accordance with United States District Court Rule 67 (b), hereby ORDERS, ADJUDGES, AND DECREES:

> That the Clerk of the Court is to disburse the principal amount of **$500** plus all accrued interest, minus any statutory users' fees, payable to CHUNG, MALHAS & MANTEL, PLLC and mail or deliver the check to CHUNG, MALHAS & MANTEL, PLLC.

*SIGNED on this 22nd day of February 2021.*

                                         [signature]
                                         The Honorable Marsha J. Pechman,
                                         U.S. District Court Judge